UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

THE CINCINNATI INSURANCE
COMPANY,                                                                                                   Plaintiff,

v.                                                                          Civil Action No. 3:22-cv-143-DJH-CHL

REYNOLDS CONCRETE PUMPING, LLC
et al.,                                                                                                    Defendants.

\* \* \* \* \*

### ORDER

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared. (Docket No. 34) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), is **STRICKEN** from the Court's active docket and **CLOSED**.

February 22, 2024

David J. Hale, Judge
United States District Court

1